

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00282-CV

| | | |
|---|---|---|
| WOODBRANCH INVESTMENTS, WOODBRANCH MANAGEMENT, INC., AND WOODBRANCH COWTOWN PARKING, LLC, Appellants | § | On Appeal from the 141st District Court |
| | § | of Tarrant County (141-331746-22) |
| V. | § | April 10, 2025 |
| XTO ENERGY, INC., Appellee | § | Memorandum Opinion by Justice Wallach |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Appellants Woodbranch Investments, Woodbranch Management, Inc., and Woodbranch Cowtown Parking, LLC shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By _/s/ Mike Wallach_____
      Justice Mike Wallach